1
2
3
4
5

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| | ) | Civil No. 07cv0448 J (LSP) |
| IRMA KOCIVAR and GAIL SAMUEL KOCIVAR, | ) ) ) | **ORDER GRANTING JOINT** |
| Plaintiffs, | ) ) ) | **MOTION TO REMAND TO SUPERIOR COURT OF CALIFORNIA** |
| v. | ) ) | |
| LAIDLAW TRANSIT SERVICES, INC.; and DOES 1 through 40, Inclusive, | ) ) ) | |
| Defendant. | ) ) ) | |
| | ) | |

The provisions set forth in the Joint Motion to Remand the Instant Case to the Jurisdiction of the Superior Court of the State of California filed by the parties in this case are approved and so ordered.  This case is hereby remanded to the Superior Court of the State of California.

**IT IS SO ORDERED.**

DATED:  May 30, 2008

_____
HON. NAPOLEON A. JONES, JR.
United States District Judge

cc:  Magistrate Judge Papas
     All Counsel of Record

07cv0448 J (LSP)